IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HAROLD HEMPSTEAD,**

    Plaintiff,

vs.                          CASE NO. 4:07cv513-RH/AK

**CLASSIFICATION SUPERVISOR NEWSOME, et al,**

    Defendants.
_____/

**O R D E R**

Presently before the Court in the above entitled action is Plaintiff's Second Motion for Extension of Time to file the fourth amended complaint. (Doc. 37). Good cause having been shown for an extension, the Court hereby **GRANTS** the motion and Plaintiff shall have through **August 25, 2008**, to file the fourth amended complaint. Plaintiff is again reminded that he must follow carefully the directives set forth in the Court's previous Order concerning this pleading. (See Doc. 32).

**DONE AND ORDERED** this _15th_ day of August, 2008.

                                     *s/ A. KORNBLUM*
                                     **ALLAN KORNBLUM**
                                     **UNITED STATES MAGISTRATE JUDGE**