**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**HAROLD HEMPSTEAD,**

**Plaintiff,**

**vs.**                                                   **CASE NO. 4:07cv513-RH/AK**

**CLASSIFICATION SUPERVISOR
NEWSOME, et al,**

**Defendants.**

_____/

**O R D E R**

Presently before the Court is Plaintiff's Third Motion concerning the filing of the

Fourth Amended Complaint, which was received on the date the pleading was

supposed to be filed, and despite the Court's instruction to be **more** concise and to

state his claims in ten pages or less, he seeks leave to file a thirty-five (35) page

pleading.  (Doc. 40).  After careful consideration of this request, the Court finds that the

motion (doc. 40) should be **DENIED**.

Rule 8, Federal Rules of Civil Procedure, requires that the pleading contain "a

short and plain statement of the claim showing that the pleader is entitled to relief."  As

the Court explained in its previous Order dated July 2, 2008, it is unnecessary to

support the claims asserted with pages of detailed facts, which can be set forth in later

filings, particularly if this case proceeds to the summary judgment stage.  (See Doc. 32).

This case has been pending since December 2007, and the Court is of the opinion that

at this point it is more important to get the complaint served and a response from the

Defendants as soon as possible.  Plaintiff can best facilitate this process by filing a pleading confined to the minimum facts necessary to apprise the Defendants of the claims asserted against them.  If he adheres to the form complaint and the directions provided by the Court in previous orders regarding the elements of the claims he has made, he can do this in ten pages or less.  That allows for not quite a page for each defendant named in the third amended complaint, and if Plaintiff has deleted three of them as he states in the present motion, then he has a full page for each defendant, which is more than enough.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Motion (doc. 40) is **DENIED**.  No further extensions of time will be granted and he shall file a Fourth Amended Complaint **forthwith**.  The Clerk of Court shall apprise the undersigned when the pleading is filed or no later than September 8, 2008.

**DONE AND ORDERED** this  **27**$^{th}$ day of August, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**