IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HAROLD HEMPSTEAD,**

    **Plaintiff,**

**vs.**                                                        **CASE NO. 4:07cv513-RH/AK**

**COLONEL DUDLEY, et al,**

    **Defendants.**

                                   /

## O R D E R

Presently before the Court is Plaintiff's Motion for Enlargement of Time to Comply with order requesting service copies. (Doc. 68). Plaintiff does not wish to have an inmate law clerk copy his complaint and possibly disseminate the information contained therein to others, so he wishes a thirty day enlargement of time to mail his copy to his sister and have her make the copies. The motion will be **GRANTED**, but **no further extensions of time for this purpose will be granted**.

Accordingly, it is

**ORDERED**:

1. Plaintiff shall have until **April 17, 2009**, to provide the Court with nine (9) identical copies of his fifth amended complaint for service on the Defendants.

**DONE AND ORDERED** this  _17th_  day of March, 2009.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**