# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**HAROLD HEMPSTEAD,**

    **Plaintiff,**

**vs.**                                                                        **CASE NO. 4:07CV513-RH/AK**

**JOHN MCCALPIN, et al,**

    **Defendants.**

_____/

## O R D E R

Defendants have advised the Court that Plaintiff has signed the necessary medical release form and they will now withdraw their motion to dismiss. (Doc. 108). Defendants also seek through November 16, 2009, to respond to the Fifth Amended Complaint. Consequently, the motion to dismiss (doc. 108) is **DEEMED WITHDRAWN**, and Defendants shall have through **November 16, 2009**, to respond to the complaint.

**DONE AND ORDERED** this _15th_ day of September, 2009.

                                                            _s/ A. KORNBLUM_
                                                            **ALLAN KORNBLUM**
                                                            **UNITED STATES MAGISTRATE JUDGE**