IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HAROLD HEMPSTEAD,

    Plaintiff,

vs.                                        CASE NO. 4:07CV513-RH/AK

JOHN MCCALPIN, et al,

    Defendants.

_____/

## O R D E R

Defendants have filed a second motion for extension of time to respond to the Fifth Amended Complaint, due in part to Plaintiff's delay in authorizing the release of his medical records. (Doc. 116). The motion is **GRANTED**, and Defendant shall respond on or before December 21, 2009.

**DONE AND ORDERED** this **18th** day of November, 2009.

                                                       *s/ A. KORNBLUM*
                                                       **ALLAN KORNBLUM**
                                                       **UNITED STATES MAGISTRATE JUDGE**