IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HAROLD HEMPSTEAD,

     Plaintiff,

v.                             CASE NO. 4:07-cv-00513-RH-GRJ

BRANDON, et al,

     Defendants.

_____/

## O R D E R

Pending before the Court are Plaintiff's Motion to Compel Discovery (Doc. 177) and Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment. (Doc. 179.)  Plaintiff advises that he wants to withdraw his Motion Compel Discovery because he has now received the requested documents. Plaintiff also requests additional time to respond to Defendants' pending motion for summary judgment because Plaintiff will be held in Pinellas County Jail through February 2011.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's Motion to Compel Discovery (Doc. 177) is **DENIED as moot**.

2.  Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment.  (Doc. 179) is **GRANTED**. Plaintiff shall file his response by **March 16, 2011.**

**DONE AND ORDERED** this 22nd day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge