IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HAROLD HEMPSTEAD,

    Plaintiff,

v.                                                    CASE NO. 4:07-cv-513-RH-GRJ

CHARLES HALLEY, et al,

    Defendants.

_____/

## O R D E R

This case is before the Court on Doc. 211, Plaintiff's "motion requesting an order." Plaintiff requests an order stating that Plaintiff is required to file copies of approximately 270 pages of exhibits with his response to Defendants' summary judgment motion, and that he needs copies to serve upon Defendants. To the extent that Plaintiff is relying on the exhibits filed with Defendants' summary judgment motion, it is not necessary to re-file such exhibits. Plaintiff may refer to Defendants' exhibits in his response. Further, it is not necessary for Plaintiff to send Defendants copies of his exhibits because they will be available to Defendants through the electronic docket.

Accordingly, it is **ORDERED:**

Plaintiff's motion, Doc. 211, is **DENIED**.

**DONE AND ORDERED** this 8th day of June 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge